UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GURPATWANT SINGH PANNUN,

               Plaintiff,

               -v.-

THE GOVERNMENT OF INDIA; AJIT DOVAL; SAMANT GOEL; VIKRAM YADAV; NIKHIL GUPTA; and DOES 1-50.

               Defendants.

24 Civ. 7021 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court understands, from the pleadings and correspondence with counsel for Plaintiff, that the remaining Defendants who have not been served are not within any judicial district of the United States.

    In the event that those Defendants have not been served on or before **June 19, 2025**, Plaintiff shall provide a status letter detailing his efforts to do so. Plaintiff's status letter shall be filed on or before **June 20, 2025**.

    SO ORDERED.

Dated:  December 20, 2024
           New York, New York

                                         KATHERINE POLK FAILLA
                                         United States District Judge