# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Kory DeClark, Esq.**
Partner
declark@braunhagey.com

June 20, 2025

**VIA ECF**

The Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Pannun v. The Government of India et al.*, Case No. 1:24-cv-07021-KPF
           Status Update

Your Honor:

    We represent Plaintiff Gurpatwant Singh Pannun in the above-captioned action and write with respect to Your Honor's Order regarding a status letter detailing Mr. Pannun's efforts to serve Defendants. (ECF No. 23.) In sum, Mr. Pannun served Defendant Gupta and, for all other Defendants, initiated service pursuant to Rule 4(f)(1) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, November 15, 1965, 20 U.S.T. 361 (the "Hague Convention"). Mr. Pannun's service materials have all been delivered to the Ministry of Law and Justice within India's Department of Legal Affairs (the "Central Authority") and Mr. Pannun is awaiting responses. More details for each Defendant are provided below.

    ***The Government of India***. Mr. Pannun first attempted to serve the Government of India under the Hague Convention procedures on March 5, 2025, by directing service to the Central Authority. The Central Authority returned this paperwork as "incomplete," even though the address was sufficiently complete to arrive at the Central Authority. Mr. Pannun attempted service again on April 11, 2025, by directing service to the Attorney General of India and to the Directorate of Public Grievances—the agencies that represent India and that handle complaints against governmental departments, respectively. These service materials were delivered to the Central Authority on April 15, 2025. Mr. Pannun has not received a response.

    ***Ajit Doval***. Mr. Pannun attempted to serve Defendant Doval twice in person. First, on September 21, 2024, Mr. Pannun hired a process server to attempt service on Defendant Doval during a planned trip to New York, but police and Secret Service agents would not let the process server beyond police barricades surrounding Defendant Doval's hotel to attempt direct service on him. Mr. Pannun later learned that Defendant Doval cancelled his trip to the United States around the time Mr. Pannun sought leave to effect alternative service on Defendant Doval through security personnel. Second, on February 12 and 13, Mr. Pannun attempted to serve Defendant Doval while he was visiting the Blair House in Washington D.C., but due to significant security, two process servers and one private investigator were unable to approach Mr. Doval, and Secret Service and Blair House staff were unwilling to accept service. (ECF Nos. 24-25.) After these two failed service attempts, Mr. Pannun found a mailing address for

**San Francisco**
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 599-0210

**New York**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel.: (646) 829-9403

June 20, 2025
Page 2

Defendant Doval in India. On April 11, 2025, Mr. Pannun is attempting service on Defendant Doval at that address under the Hague Convention procedures. The Ministry of Law and Justice received Mr. Pannun's service packet on April 15, 2025. Mr. Pannun has not received a response.

  ***Samant Goel***. A private investigator Mr. Pannun hired identified two possible addresses for Defendant Goel on May 14, 2025. Mr. Pannun is attempting service at both addresses under the Hague Convention procedures. The Ministry of Law and Justice received Mr. Pannun's service packets on May 19, 2025. Mr. Pannun has not received a response.

  ***Vikram Yadav***. The private investigator Mr. Pannun hired identified an address for Defendant Yadav on May 14, 2025. Mr. Pannun is attempting service under the Hague Convention procedures. The Ministry of Law and Justice received Mr. Pannun's service packets on June 13, 2025. Mr. Pannun has not received a response.

  ***Nikhil Gupta***. Mr. Pannun served Defendant Nikhil Gupta on November 13, 2024.

         Respectfully submitted,

         Kory DeClark

Cc: All Counsel and Parties of Record (*via* ECF)