UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gurpatwant Singh Pannun,<br><br>-v-<br><br>The Government of India, et al. | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 1:24-cv-07021-KPF |

I hereby certify under the penalties of perjury that on the 19th day of December 2025, I served defendant:

The Government of India
Consulate General of India, New York
3 E. 64TH ST
New York, NY 10065

by dispatching via USPS, Tracking No.: 9589 0710 5270 2686 5933 30, to the Secretary of State, ATTN: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English):

1. Summons;
2. Complaint;
3. Notice of Suit;
4. Foreign Sovereign Immunities Act of 1976 (Pub. L. 94-583; 90 Stat. 2891.)

Dated: December 19, 2025
New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk