UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GURPATWANT SINGH PANNUN,

Plaintiff,

-v.-

THE GOVERNMENT OF INDIA; AJIT
DOVAL; SAMANT GOEL; VIKRAM
YADAV; NIKHIL GUPTA; and DOES 1-50,

Defendants.

24 Civ. 7021 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's Motion for Alternative Service, filed on December 20, 2025. (Dkt. #34). Of potential significance to that motion, the United States Court of Appeals for the Second Circuit issued a decision two days earlier, in *Smart Study Co., Ltd* v. *Shenzhenshixindajixieyouxiangongsi*, — F.4th —, No. 24-313, 2025 WL 3672740 (2d Cir. Dec. 18, 2025), which addressed proper methods of alternate service under the Hague Service Convention and Federal Rule of Civil Procedure 4(f). Among other things, the Second Circuit found that service by email on defendants with ascertainable addresses in China was improper under Rule 4(f)(3), because China had objected to service under the methods specified in Article 10 of the Hague Convention, including "postal channels." In addition, the Court's analysis of service by email appears to cast doubt on certain of the cases cited in Plaintiff's memorandum of law, including *Sulzer Mixpac AG* v. *Medenstar Indus. Co.*, 312 F.R.D. 329 (S.D.N.Y. 2015).

Given the fact that India has also objected to service of process by postal channels, the Court believes that it would benefit from an additional submission from Plaintiff that specifically addresses the impact of the *Smart Study* decision on the relief he seeks, *viz.*, electronic service on counsel for three of the individual Defendants.  Accordingly, Plaintiff is directed to file a letter brief of no more than 10 pages addressing these issues on or before **January 9, 2025**.

SO ORDERED.

Dated:   December 23, 2025
         New York, New York

KATHERINE POLK FAILLA
United States District Judge

2