UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GURPATWANT SINGH PANNUN,

Plaintiffs,

- v. -

THE GOVERNMENT OF INDIA *et al.*,

Defendants.

No. 24 Civ. 7021 (KPF)

NOTICE OF APPEARANCE

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for the United States of America and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date: New York, New York
March 26, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2695
Facsimile: (212) 637-0033
Email: Jeffrey.Oestericher@usdoj.gov