**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GURPATWANT SINGH PANNUN, | Case No: 1:24-cv-07021-KPF |
| *Plaintiff*, | |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXTEND TIME** |
| THE GOVERNMENT OF INDIA, AJIT DOVAL, SAMANT GOEL, VIKRAM YADAV, NIKHIL GUPTA, and DOES 1-50, |  |
| *Defendants*. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Gurpatwant Singh Pannun will, and hereby does, move the Court, the Honorable Katherine Polk Failla presiding, in the United States District Court for the Southern District of New York at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 for an Order to extend the April 22, 2026 deadline to file Plaintiff's Supplemental Submission regarding service through the Indian court system. Plaintiff's motion requests an extension of one week, setting the new deadline to April 29, 2026. This motion is based on this Notice of Motion, the accompanying Memorandum of Law, the Declaration of Oliver McNicholas, and on such other written and oral argument as may be presented to the Court.

Dated: April 21, 2026                    Respectfully submitted,

                                         /s/ *Kory DeClark*
                                         Kory James DeClark
                                         Matthew Borden
                                         J. Noah Hagey
                                         Oliver J. McNicholas
                                         **BRAUNHAGEY & BORDEN LLP**
                                         747 Front Street, 4th Floor
                                         San Francisco, CA 94111
                                         Telephone: (415) 599-0210
                                         Facsimile: (415) 276-1808
                                         declark@braunhagey.com
                                         borden@braunhagey.com
                                         hagey@braunhagey.com
                                         omcnicholas@braunhagey.com

                                         Molly M. Jamison
                                         Amelia Courtney Hritz
                                         **BRAUNHAGEY & BORDEN LLP**
                                         200 Madison Avenue, 23rd Floor
                                         New York, NY 10016
                                         Telephone: (646) 829-9403
                                         Facsimile: (646) 403-4089
                                         jamison@braunhagey.com
                                         hritz@braunhagey.com

                                         *Counsel for Plaintiff Gurpatwant Pannun*

Application GRANTED.

The deadline for Plaintiff to submit his supplemental
submission is hereby ADJOURNED to **April 29, 2026.**

The Clerk of Court is directed to terminate the pending
motion at docket entry 42.

Dated:      April 22, 2026          SO ORDERED.
            New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE

2