AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Gurpatwant Singh Pannun

*Plaintiff(s)*

v.

The Government of India, Ajit Doval, Samant Goel, Vikram Yadav, Nikhil Gupta, and Does 1-50

*Defendant(s)*

Civil Action No. 1:24-cv-7021

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Samant Goel
Consulate General of India, New York
3 E. 64th St
New York, NY 10065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Noah Hagey
BraunHagey & Borden LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
(646) 829-9403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/18/2024

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

