रजिस्ट्री सं० डी० एल०-33004/99

REGD. NO. D. L.-33004/99

सत्यमेव जयते

# भारत का राजपत्र
# The Gazette of India

असाधारण

EXTRAORDINARY

भाग II—खण्ड 3—उप-खण्ड (i)

PART II—Section 3—Sub-section (i)

प्राधिकार से प्रकाशित

PUBLISHED BY AUTHORITY

सं. 18] नई दिल्ली, मंगलवार, जनवरी 13, 2009/पौष 23, 1930

No. 18] NEW DELHI, TUESDAY, JANUARY 13, 2009/PAUSA 23, 1930

## विधि और न्याय मंत्रालय

(विधि कार्य विभाग)

### अधिसूचना

नई दिल्ली, 12 जनवरी, 2009

**सा.का.नि. 24(अ).**—केन्द्रीय सरकार, सिविल प्रक्रिया संहिता, 1908 (1908 का 5) की धारा 29 के खंड (ग) द्वारा प्रदत्त शक्तियों का प्रयोग करते हुए यह घोषणा करती है कि उक्त धारा के उपबंध ऐसे सभी देशों के सभी जो सिविल या वाणिज्यिक मामलों में न्यायिक या बाह्य न्यायिक दस्तावेजों की विदेश में तामील के सम्बंध में 1965 के हेग कन्वेंशन में पक्षकार हैं, सिविल न्यायालयों को लागू होंगे ।

[फा. सं. 11(28)/2004-न्यायिक]

एस. के. डुल्लो, अपर विधि सलाहकार

## MINISTRY OF LAW AND JUSTICE

(Department of Legal Affairs)

### NOTIFICATION

New Delhi, the 12th January, 2009

**G.S.R. 24(E).**—In exercise of the powers conferred by clause (c) of Section 29 of the Code of Civil Procedure, 1908 (5 of 1908), the Central Government hereby declares that the provisions of the said Section shall apply to all civil courts in all the countries who are parties to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters, 1965.

[F.No. 11(28)/2004-Judl.]

S. K. DULLO, Addl. Legal Adviser

179 GI/2009

Printed by the Manager, Govt. of India Press, Ring Road, Mayapuri, New Delhi-110064
and Published by the Controller of Publications, Delhi-110054.