FORM C (RETURN)

Receipt No. 791827
F. No. J-21013(979)/2025

GOVERNMENT OF INDIA
MINISTRY OF LAW & JUSTICE
DEPARTMENT OF LEGAL AFFAIRS
(Judicial Section)
***********

☎: +911123384945
judicial-dla@nic.in

Room No. 439- A
Shastri Bhawan, New Delhi
Dated 21st July, 2025

Sub.: Request for legal assistance in Service of summon/notice/documents under the Convention of 15th November 1965 on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters/MLAT/Reciprocal. Arrangements or taking evidence under the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

The enclosed Request(s) for Service/taking evidence/legal assistance under the respective Hague Convention/MLAT/Reciprocal Arrangements in connection with/on the following parties:

**(Samant Goel),** is hereby returned to you because of the following reason(s):

| |
|---|
| The Hague Convention on the Service of Documents, officially titled as "Convention on Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters. <br><br> The documents have been checked and it is found that the above mentioned summon does not cover in the above said categories. Therefore, the same is return herewith. |

Enclosed: As above

[signature] 21.7.25

(Dr. Krishna Mohan Arya)
Deputy legal Adviser

Mamta Pandey 21/7/25

(Mamta Pandey)
Superintendent (Legal)

Returned To:

| |
|---|
| **Matthew Borden<br>BraunHagey & Borden LLP, Attorney at Law118 W 22nd St, 12th F1, New York, NY10011 (646) 829-9403, USA.** |

[initials] 21/7/25

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant | **Address of receiving authority**<br>Adresse de l'autorité destinataire |
|---|---|
| Matthew Borden<br>BraunHagey & Borden LLP, Attorney at Law<br>118 W 22nd St, 12th Fl, New York, NY 10011<br>(646) 829-9403 | The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor, A-Wing<br>Shastri Bhawan, New Delhi-110001, India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)**<br>(identité et adresse) | Samant Goel<br>587, Katra Iswar Bhawan,<br>Khari Baoli,<br>New Delhi, Delhi 110006, India |
|---|---|

| | | |
|---|---|---|
| ☒ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | *b)* | **in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

***List of documents*** / *Énumération des pièces*

- Complaint in the matter of Pannun v. Government of India, et al., 1:24-cv-07021 (S.D.N.Y 2024)

- Court Issued Summons to serve Samant Goel in the matter of Pannun v. Government of India, et al., 1:24-cv-07021 (S.D.N.Y 2024)

* if appropriate / s'il y a lieu

| **Done at** / Fait à | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|
| New York, NY<br>**The** / le<br>May 15, 2025 | Matthew Borden, Attorney at Law |

विधि एवं न्याय मंत्रालय
प्राप्ति तथा प्रेषक अनुभाग
20 MAY 2025
791827
अनु. क्र. सं.......................

V.B

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **– the (date)** / le (date): | |
| **– at (place, street, number):**<br>à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| **– in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | *b)* | **in accordance with the following particular method*:**<br>selon la forme particulière suivante* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes*** / *Annexes*

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |

# WARNING
AVERTISSEMENT

| **Identity and address of the addressee**<br>Identité et adresse du destinataire | The Government of India<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor, A-Wing,<br>Shastri Bhawan, New Delhi-110001, India |
|---|---|

## IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

The Federal Pro Se Legal Assistance Project
40 Centre Street, Room LL22
New York, NY 10007
(212) 382-4794
fedprosdny@nycbar.org

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Matthew Borden<br>BraunHagey & Borden LLP, Attorney at Law<br>118 W 22nd Street, 12th Floor<br>New York, NY 10011<br>(646) 829-9403 |

| | |
|---|---|
| **Particulars of the parties*:**<br>Identité des parties* : | Plaintiff, Gurpatwant Singh Pannun<br><br>Defendants: The Government of India, Ajit Doval, Samant Goel, Vikram Yadav, Nikhil Gupta |

* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT****
ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | A complaint and summons to appear before the Federal District Court of the Southern District of New York in response to a civil litigation. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Plaintiff alleges that Defendants engaged in a murder for hire plot to assassinate Plaintiff in the United States and has filed claims for assault and intentional infliction of emotional distress for damages. |
| **Date and Place for entering appearance**:**<br>Date et lieu de la comparution** : | Answer or appearance required within 21 days of service of complaint. |
| **Court which has given judgment**:**<br>Juridiction qui a rendu la décision** : | United States District Court for the Southern District of New York |
| **Date of judgment**:**<br>Date de la décision** : | Not Applicable. |
| **Time limits stated in the document**:**<br>Indication des délais figurant dans l'acte** : | Answer or appearance required within 21 days of service of complaint. |

** if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT****
ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document**:**<br>Indication des délais figurant dans l'acte** : | |

** if appropriate / s'il y a lieu