**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GURPATWANT PANNUN,

*Plaintiff,*

v.

THE GOVERNMENT OF INDIA, AJIT DOVAL, SAMANT GOEL, VIKRAM YADAV, NIKHIL GUPTA, and DOES 1-50,

*Defendants.*

Case No.: 1:24-CV-07021-KPF

**ORDER DIRECTING SERVICE OF PROCESS THROUGH THE INDIAN COURT SYSTEM ON DEFENDANTS AJIT DOVAL AND SAMANT GOEL**

The Court, having considered Plaintiff Gurpatwant Singh Pannun's Motion for Alternative Service (Dkt. 34), supplemental submissions (Dkts. 38, 44), and the accompanying supporting materials, and having determined that service through the Indian court system is authorized under Article 19 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention") and applicable provisions of India's Code of Civil Procedure, 1908, (Dkt. 46) hereby ORDERS as follows:

1. Authorization of Service. Pursuant to Federal Rule of Civil Procedure 4(f), Article 19 of the Hague Convention, and Sections 29(c) and Order V, Rule 21 of the Indian Code of Civil Procedure, 1908 ("CCP"), service of process upon Defendants Ajit Doval and Samant Goel (collectively, "Defendants") is authorized through the appropriate District Courts in Delhi, India, in accordance with the procedures set forth below.

2. Applicable Indian Law. Section 29(c) of the CCP permits summonses issued by foreign civil courts designated by notification of the Central Government of India to be transmitted to Indian courts and served as though issued by those courts. By notification published in the Official Gazette of India, No. G.S.R. 24(E), dated January 13, 2009, the Government of India extended Section 29 to all civil courts in countries that are parties to the

Hague Convention, including the United States. Order V, Rule 21 of the CCP further authorizes a court issuing a summons to transmit it by post or other permitted means to a court having jurisdiction over the place where the defendant resides.

3. Transmission to Indian Courts. The Clerk of this Court is directed to transmit the accompanying service materials, by international mail or courier, to the following Indian courts having jurisdiction where Defendants reside:

a. Defendant Ajit Doval:

i. Patiala House District Court, Patiala House Court Complex, New Delhi District 110003, India.

b. Defendant Samant Goel:

i. Dwarka District Court, Dwarka Courts Complex, Near Dwarka Sector-10 Metro Station, Sector-10, Dwarka, New Delhi 110075, India.

ii. Tis Hazari District Court, Tis Hazari Court Complex, Central District, Delhi 110054, India.

4. Accompanying Materials. Each transmission shall include the summons and accompanying judicial documents for the relevant Defendant, a copy of this Order, the pertinent provisions of the CCP and Official Gazette notification, and records demonstrating that service pursuant to Article 5 of the Hague Convention was previously attempted and rejected by the Indian Central Authority.

5. Defendants' Addresses.

a. Defendant Ajit Doval's known address within the jurisdiction of the Patiala House District Court is: 5, Janpath Road, Janpath Road Area, Motilal Nehru Marg Area, New Delhi 110011, India.

b. Defendant Samant Goel's known address within the jurisdiction of the Dwarka District Court is: 11, Pocket 2, Sector 12, Dwarkadheesh Apartments, Dwarka, New Delhi 110075, India.

c. Defendant Samant Goel's known address within the jurisdiction of the Tis Hazari District Court is: 587, Katra Iswar Bhawan, Khari Baoli, Delhi 110006, India.

6. <u>Formal Request for Judicial Assistance.</u> The United States District Court for the Southern District of New York (Hon. Katherine Polk Failla) (the "Court") formally requests that each receiving Indian court, pursuant to Section 29(c) and Order V, Rule 21 of the CCP, accept the enclosed summons and accompanying judicial documents for service, and cause those documents to be served upon the Defendant identified in the accompanying materials, in accordance with the procedures applicable to service of summonses issued by that Indian court. This request is made pursuant to the express authorization for service of foreign judicial process under Indian law and Article 19 of the Hague Convention. The Court respectfully requests the assistance of the receiving Indian courts in effecting service of process upon the Defendants in this civil action pending before the United States District Court for the Southern District of New York.

7. <u>Return of Service and Record of Proceedings</u>. The Court further respectfully requests that each receiving Indian court, following its efforts to effect service, provide this Court with a written record of the proceedings undertaken. The receiving Indian courts are respectfully requested to return such records to the Clerk of the United States District Court for the Southern District of New York at the following address: Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007-1312.

Dated: November 13, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE