UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gurpatwant Singh Pannun,

Plaintiff,

v.

The Government of India, et al.,

Defendants.

**CLERK' S CERTIFICATE OF MAILING**

Case No.: 1:24-cv-07021-KPF

On the 20th day of November 2026, I served one copy of the summons; accompanying judicial documents; the Order Directing Service of Process Through the Indian Court System on Defendants Ajit Doval and Samant Goel, ECF No. 48; the pertinent provisions of the CCP and Official Gazette notification; and records demonstrating that service pursuant to Article 5 of the Hague Convention was previously attempted and rejected by the Indian Central Authority upon Defendant Samant Goel, by transmitting to the following Indian court having jurisdiction where Defendant resides:

Dwarka District Court
Dwarka Courts Complex, Near Dwarka Sector-10 Metro Station, Sector-10
Dwarka, New Delhi 110075
India

pursuant to Article 19 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention") and applicable provisions of India's Code of Civil Procedure, 1908), by FedEx Tracking # 8801 0411 1497.

Dated: New York, New York
November 20, 2026

TAMMI HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk